CHAPTER 13 PLAN

Case No.: _____

Debtor(s): **Joe Anthony Godbolt**  SS#: **xxx-xx-1358**  Net Monthly Earnings: **1,260.00**
SS#: _____  Number of Dependents: **1**

1. Plan Payments:
    ( **X** ) Debtor(s) propose to pay direct a total of $ **1,260.00**  ☐ weekly ☐ bi-weekly ☐ semi-monthly ☒ monthly into the plan; or
    ( ____ ) Payroll deduction Order: To _____ for
       $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

    Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **73,439.40**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| **IRS Special Procedures** | **Taxes and certain other debts** | **$791.57** | **$0.00** |
| **JT Smallwood Tax Collector** | **Taxes and certain other debts** | **$0.00** | **$0.00** |
| **State of Alabama** | **Taxes and certain other debts** | **$0.00** | **$0.00** |

   B. Total Attorney Fee: $ **2,750.00** ; **$0.00** paid pre-petition; $ **2,750.00** to be paid at confirmation and $ **0.00** per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **Ocwen** | **$106,592.00** | ☐ by Trustee ☒ by Debtor **$857.00** | **June 2014** | **$6,500.00** | **7** | **0.00%** | **$200.00** |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| **Alabama Postal Credit Union** | **DIRECT** | **$9,733.08** | **$6,500.00** | **$0.00** | **2005 Infinity J** | **5.00%** | **$350.00** | **Conf** |
| **Capital One Auto** | **None** | **$2,840.79** | **$5,000.00** | **$0.00** | **2006 Dodge Charger** | **5.00%** | **$250.00** | Conf |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **-NONE-** | | | | |

IV. Special Provisions:

   ☒ This is an original plan.
   ☐ This is an amended plan replacing plan dated ____.
   ☒ This plan proposes to pay unsecured creditors **100** %.
   ☐ Debtor assumes/rejects lease and/or executory contract with ____.
   ☒ Other Provisions:
   **Special Intentions:
   Palm Beach VOA: Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim. Debtor proposes to pay adequate protection to Alabama Postal Credit Union each 30 days prior to confirmation in the amount of $97.00
   Prime Acceptance Corp: Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim.**

Attorney for Debtor Name/Address/Telephone #   Date **May 24th, 2014**   **/s/ Joe Anthony Godbolt**
**/s/ Keith R. Martin**                                                  **Joe Anthony Godbolt**
**Keith R. Martin**                                                       Signature of Debtor
**205 20th Street North, Suite 623**
**Birmingham, AL 35203**
Telephone #  **(205) 581-1299**